IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ESTELLE LYN FINNEY,                                     3:10-CV-6030-HU

        Plaintiff,                                   O R D E R

  V.

MICHAEL J. ASTRUE,
Commissioner of
Social Security Administration,

        Defendant.

MARSH, Judge.

    Magistrate Judge Dennis James Hubel filed his Findings and Recommendation on July 8, 2011. The matter is now before me. See 28 U.S.C. §636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See §636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-75 (9th Cir. 1996). Having reviewed the legal principles de novo, I find no error.

1 - ORDER

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation #18.  The Commissioner's decision is REVERSED and REMANDED, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Findings and Recommendation.

IT IS SO ORDERED.

DATED this  1    Day of August        , 2011.


                         /s/ Malcolm F. Marsh
                         Malcolm F. Marsh
                         United States District Judge