1

2

3

4                          UNITED STATES DISTRICT COURT

5                                DISTRICT OF OREGON

6                                PORTLAND DIVISION

7

8    ESTELLE L. FINNEY,                    )
                                           )
9                    Plaintiff,            )    No. 03:10-CV-06030-HU
                                           )
10        v.                               )
                                           )
11   MICHAEL J. ASTRUE,                     )   **ORDER ON MOTION FOR**
     Commissioner of Social Security,      )      **ATTORNEY FEES**
12                                         )
                     Defendant.            )
13   _____)

14

15   Kathryn Tassinari
     Brent Wells
16   Harder, Wells, Baron & Manning, P.C.
     474 Willamette Street
17   Eugene, OR 97401

18        Attorneys for Plaintiff

19

20   Dwight C. Holton
     United States Attorney
21   Adrian L. Brown
     Assistant United States Attorney
22   1000 S.W. Third Avenue, Suite 600
     Portland, OR 97204-2904
23

24   L. Jamala Edwards
     Special Assistant United States Attorney
25   Office of General Counsel
     Social Security Administration
26   701 5th Avenue, Suite 2900 M/S 221A
     Seattle, WA 98104-7075
27

28        Attorneys for Defendant


1 - ORDER

HUBEL, Magistrate Judge:

The parties have filed a stipulation for an award of attorney's fees to the plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  Under the statute:

> A party seeking an award of fees and other expenses shall, within thirty days of final judgment in the action, submit to the court an application for fees and other expenses which shows that the party is a prevailing party and is eligible to receive an award under this subsection, and the amount sought, including an itemized statement from any attorney . . . representing or appearing in behalf of the party stating the actual time expended and the rate at which fees and other expenses were computed.  The party shall also allege that the position of the United States was not substantially justified.

24 U.S.C. § 2412(d)(B).

The current motion is wholly unsupported.  No itemized statement from the plaintiff's attorney is attached, and no allegation or supporting argument is made that the Commissioner's position was not substantially justified.

The motion is **denied**, without prejudice to refiling in proper form, **no later than November 28, 2011.**

IT IS SO ORDERED.

Dated this 10th day of November, 2011.

/s/ Dennis J. Hubel

_____
Dennis James Hubel
Unites States Magistrate Judge

2 - ORDER